I'm Steve. I'm a business consultant. And you're Steve. I'm a finance consultant. I'm here today to support a planning service for the business. And the planning service is a one-off. I think we need to work on it for a couple of months. And I think if I can have two or three more minutes, we're all good. We have been supporting a reverse teaching courses distinguished by the Department of Education. We have been supporting a reverse teaching course distinctioned by the Department of Education. We have been supporting a reverse teaching course distinctioned by the Department of Education. We have been supporting a reverse teaching course basically for the last year and a half. Therefore, I'm not sure that that's the first thought. I think it also indicates whether a constitutional review that's just going to say no, there is no constitutional issue here. If there were, I'm saying it would not be a review established by the Department of Education. ...
judges: Hawkins, Graber, Selna